Delaware Valley Community Health, Inc.

| Employer Name: | Delaware Valley Community Health Inc. |
|---|---|
| Employer Phone: | 215-235-9600 |
| Employer Address: | 1412-22 Fairmount Avenue Philadelphia, PA 19130 |

| | |
|---|---|
| Employee Name: | Felisha Diaz |
| Employee #: | 00415 |
| Employee Address: | 6019 21 D Street Philadelphia, PA 19124 |
| Department: | Pay For Performance@MDLSHC |
| Job Title: | Pay For Performance Specialist |

| | |
|---|---|
| Pay Date: | 1/3/2020 |
| Pay Period: | 12/16/2019 - 12/29/2019 |
| Deposit Advice #: | 294039225 |
| Pay Frequency: | Bi-Weekly |
| Federal Filing Status: | Single |
| Federal Exemptions: | 0/$0.00 |
| Local Exemptions: | 0 (Philadelphia) |
| State Filing Status: | Single (PA) |
| State Exemptions: | 0 (PA) |

| | Current 12/16/2019 - 12/29/2019 | | | YTD As of 12/29/2019 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | 84.35 | | $1,677.88 | 84.35 | $1,677.88 |
| Regular | 52.35 | 19.8919 | $1,041.34 | 52.35 | $1,041.34 |
| FTO | 24.00 | 19.8919 | $477.41 | 24.00 | $477.41 |
| HOLIDAY | 8.00 | 19.8919 | $159.13 | 8.00 | $159.13 |
| **Memo Information** | | | $669.55 | | $669.55 |
| LTD ER | | | $3.58 | | $3.58 |
| 401K ER | | | $41.95 | | $41.95 |
| Safe Harbour ER | | | $50.34 | | $50.34 |
| Profit Sharing ER | | | $16.78 | | $16.78 |
| Dental ER | | | $26.10 | | $26.10 |
| Basic Life | | | $1.74 | | $1.74 |
| STD ER | | | $11.63 | | $11.63 |
| AD&D ER | | | $0.39 | | $0.39 |
| Health ER | | | $517.04 | | $517.04 |
| **Pre-Tax Deductions** | | | $138.09 | | $138.09 |
| 401K | | | $41.95 | | $41.95 |
| PRETAX HEALTH | | | $91.24 | | $91.24 |
| Dental EE Pretax | | | $4.90 | | $4.90 |
| **Taxes** | | | $395.17 | | $395.17 |
| Fed W/H | | | $159.64 | | $159.64 |
| FICA EE | | | $98.07 | | $98.07 |
| Fed MWT EE | | | $22.94 | | $22.94 |
| PA W/H | | | $48.56 | | $48.56 |
| PA UT EE | | | $1.01 | | $1.01 |
| PhilCityW/H | | | $64.95 | | $64.95 |
| **Post-Tax Deductions** | | | $55.02 | | $55.02 |
| LOAN REPAYMNT | | | $55.02 | | $55.02 |
| | Routing # | Account # | Amount | | Amount |
| **Net Pay** | | | $1,089.60 | | $1,089.60 |
| Direct Deposit | 073972181 | XXXXXXXXXX9930 | $300.00 | | |
| Direct Deposit | 236084285 | XXXX5751 | $789.60 | | |

**Delaware Valley Community Health, Inc.**

| DELAWARE VALLEY COMMUNITY HLTH | |
|---|---|
| 1412 FAIRMOUNT AVENUE | |
| PHILADELPHIA, PA 19130 | |

| | |
|---|---|
| CHECK NO: | A074388 |
| PAGE NUMBER: | 1 OF 1 |
| CHECK DATE: | 12/06/19 |
| PERIOD BEG/END: | 11/18/19-12/01/19 |
| PAY FREQUENCY: | BIWEEKLY |

AZ, FELISHA
19 21 DUFFIELD STREE
ILADELPHIA,PA 19124

ID NUMBER: 1517190415
BASE RATE: 19.8919

STATUS — FED: SINGLE, ST1:, ST2:
EXEMPT — 00, 00
TAX ADJUSTMENTS — FED:, DI/UC:, LOCAL:
ST1:
STATE AND LOCAL CODES — PRI: PA LOC1:PH LOC3:, SEC: LOC2: LOC4:, LOC5:

## IMPORTANT MESSAGE

### HOURS AND EARNINGS

| DESCRIPTION | RATE | HOURS | EARNINGS |
|---|---|---|---|
| CURRENT EARNINGS | | | |
| REGULAR | | 44.53 | 885.79 |
| O | | 24.00 | 477.40 |
| HOLIDAY | | 16.00 | 318.27 |
| 401K | | | 42.04- |
| PRETAX HEALTH | | | 96.14- |
| TOTAL HOURS WORKED | | 60.53 | |
| TOTAL CURRENT HOURS/EARNINGS | | 84.53 | 1543.28 |
| YEAR-TO-DATE EARNINGS | | | |
| REGULAR | | 1673.51 | 33266.36 |
| O | | 225.75 | 4476.48 |
| OVERTIME | | 45.79 | 1366.25 |
| HOLIDAY | | 104.00 | 2059.45 |
| BONUS | | | 1207.50 |
| 401K | | | 1059.43- |
| PRETAX HEALTH | | | 2352.05- |
| TOTAL YEAR-TO-DATE HOURS/EARNINGS | | 2049.05 | 38964.59 |

### TAXES AND DEDUCTIONS

| DESCRIPTION | CUR AMT | YTD AMT |
|---|---|---|
| SO SEC TAX | 98.29 | 2481.49 |
| MEDICARE TAX | 22.99 | 580.35 |
| FED INC TAX | 160.19 | 4107.13 |
| PRI-STATE TAX | 48.67 | 1228.74 |
| SDI/UC TAX | 1.01 | 25.43 |
| PRI-LOCAL TAX | 65.09 | 1642.62 |
| TOTAL TAXES | 396.24 | 10065.76 |
| AFTER-TAX DEDUCTIONS | | |
| LOAN REPAYMNT | 55.02 | |
| TOTAL DEDS | 55.02 | |

### SPECIAL INFORMATION

| DESCRIPTION | AMOUNT |
|---|---|
| FTO BALANCE | 102.74 |
| FUTA | 96.14 |
| STATE ADJ | 96.14- |
| TO-DATE 401K | 1059.43- |
| TO-DATE PRETAX HEALTH | 2352.05- |
| TO-DATE LOAN REPAYMNT | 1375.50 |
| MDLSB | |
| CURRENT NET PAY DISTRIBUTION | |
| C 70005597239930 | 300.00 |
| C 45195751 | 792.02 |
| CHECK AMOUNT | .00 |
| TOTAL CUR NET PAY | 1092.02 |

| | GROSS | EARNS FRM DED | TAXABLE WAGES | LESS TAXES | LESS DED | EQ NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 1681.46 | 138.18- | 1543.28 | 396.24 | 55.02 | 1092.02 |
| YTD | 42376.07 | 3411.48- | 38964.59 | 10065.76 | 1375.50 | 27523.33 |

Statement Of Earnings    Detach at perforation below and keep for your records.    A Payroll Service By Ceridian

---

**Delaware Valley Community Health, Inc.**

DELAWARE VALLEY COMMUNITY HLTH
1412 FAIRMOUNT AVENUE
PHILADELPHIA, PA 19130

NC4

DATE: 12-06-19    CHECK NO: A074388

YOUR ENTIRE NET PAY HAS BEEN DEPOSITED IN YOUR BANK ACCOUNT(S). PLEASE REVIEW
THE "CURRENT NET PAY DISTRIBUTION" SECTION OF YOUR STATEMENT OF EARNINGS FOR DETAILS.

NOT NEGOTIABLE

DIAZ, FELISHA
5019 21 DUFFIELD STREET
PHILADELPHIA, PA 19124

THE BACK OF THIS CHECK CONTAINS A SECURITYMARK - DO NOT ACCEPT WITHOUT HOLDING AT AN ANGLE TO VERIFY SECURITYMARK

**Delaware Valley Community Health, Inc.**

DELAWARE VALLEY COMMUNITY HLTH
1412 FAIRMOUNT AVENUE
PHILADELPHIA, PA 19130

CHECK NO: A072414
PAGE NUMBER: 1 OF 1
CHECK DATE: 08/30/19
PERIOD BEG/END: 08/12/19-08/25/19
PAY FREQUENCY: BIWEEKLY

DIAZ, FELISHA
5019 21 DUFFIELD STREE
PHILADELPHIA, PA 19124

ID NUMBER: 1517190415
BASE RATE: 19.8919

STATUS  EXEMPT
FED: SINGLE  00
ST1:          00
ST2:

TAX ADJUSTMENTS
FED:            ST1:
DI/UC:
LOCAL:

STATE AND LOCAL CODES
PRI: PA  LOC1: PH  LOC3:
SEC:     LOC2:     LOC4:
                   LOC5:

### IMPORTANT MESSAGE

### HOURS AND EARNINGS

| DESCRIPTION | RATE | HOURS | EARNINGS |
|---|---|---|---|
| CURRENT EARNINGS | | | |
| REGULAR | | 62.67 | 1246.62 |
| O | | 17.33 | 344.73 |
| 401K | | | 39.78- |
| PRETAX HEALTH | | | 96.14- |
| TOTAL HOURS WORKED | | 62.67 | |
| TOTAL CURRENT HOURS/EARNINGS | | 80.00 | 1455.43 |
| YEAR-TO-DATE EARNINGS | | | |
| REGULAR | | 1166.84 | 23187.73 |
| O | | 185.75 | 3680.80 |
| OVERTIME | | 21.69 | 647.16 |
| HOLIDAY | | 80.00 | 1582.08 |
| BONUS | | | 1207.50 |
| 401K | | | 757.65- |
| PRETAX HEALTH | | | 1679.07- |
| TOTAL YEAR-TO-DATE HOURS/EARNINGS | | 1454.28 | 27868.55 |

### TAXES AND DEDUCTIONS

| DESCRIPTION | CUR AMT | YTD AMT |
|---|---|---|
| SO SEC TAX | 92.70 | 1774.82 |
| MEDICARE TAX | 21.68 | 415.08 |
| FED INC TAX | 149.65 | 2931.57 |
| PRI-STATE TAX | 45.90 | 878.83 |
| SDI/UC TAX | .95 | 18.18 |
| PRI-LOCAL TAX | 61.60 | 1175.34 |
| TOTAL TAXES | 372.48 | 7193.82 |
| **AFTER-TAX DEDUCTIONS** | | |
| LOAN REPAYMNT | 55.02 | |
| TOTAL DEDS | 55.02 | |

### SPECIAL INFORMATION

| DESCRIPTION | AMOUNT |
|---|---|
| PTO BALANCE | 78.06 |
| FUTA | 96.14 |
| STATE ADJ | 96.14 |
| TO-DATE 401K | 757.65- |
| TO-DATE PRETAX HEALTH | 1679.07- |
| TO-DATE LOAN REPAYMNT | 990.36 |
| MDLSB | |
| **CURRENT NET PAY DISTRIBUTION** | |
| C 70005597239930 | 300.00 |
| C 45195751 | 727.93 |
| CHECK AMOUNT | .00 |
| TOTAL CUR NET PAY | 1027.93 |

| | GROSS | EARNS FRM DED | TAXABLE WAGES | LESS TAXES | LESS DED | EQ NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 1591.35 | 135.92- | 1455.43 | 372.48 | 55.02 | 1027.93 |
| YTD | 30305.27 | 2436.72- | 27868.55 | 7193.82 | 990.36 | 19684.37 |

Statement Of Earnings    Detach at perforation below and keep for your records.    A Payroll Service By Ceridian

---

**Delaware Valley Community Health, Inc.**

DELAWARE VALLEY COMMUNITY HLTH
1412 FAIRMOUNT AVENUE
PHILADELPHIA, PA 19130

NC4

DATE: 08-30-19          CHECK NO: A072414

YOUR ENTIRE NET PAY HAS BEEN DEPOSITED IN YOUR BANK ACCOUNT(S). PLEASE REVIEW THE "CURRENT NET PAY DISTRIBUTION" SECTION OF YOUR STATEMENT OF EARNINGS FOR DETAILS.

DIAZ, FELISHA                                          NOT NEGOTIABLE
5019 21 DUFFIELD STREET
PHILADELPHIA, PA 19124

THE BACK OF THIS CHECK CONTAINS A SECURITY MARK - DO NOT ACCEPT WITHOUT HOLDING AT AN ANGLE TO VERIFY SECURITY MARK

**Delaware Valley Community Health, Inc.**
DELAWARE VALLEY COMMUNITY HLTH
1412 FAIRMOUNT AVENUE
PHILADELPHIA, PA 19130

CHECK NO:       A072124
PAGE NUMBER:    1 OF 1
CHECK DATE:     08/16/19
PERIOD BEG/END: 07/29/19-08/11/19
PAY FREQUENCY:  BIWEEKLY

DIAZ, FELISHA
5019 21 DUFFIELD STREE
PHILADELPHIA, PA 19124

ID NUMBER: 1517190415
BASE RATE:    19.8919

STATUS    EXEMPT    TAX ADJUSTMENTS
FED: SINGLE   00    FED:          ST1:
ST1:          00    DI/UC:
ST2:                LOCAL:

STATE AND LOCAL CODES
PRI: PA  LOC1: PH  LOC3:
SEC:     LOC2:     LOC4:
                   LOC5:

## IMPORTANT MESSAGE

### HOURS AND EARNINGS

| DESCRIPTION | RATE | HOURS | EARNINGS |
|---|---|---|---|
| CURRENT EARNINGS | | | |
| REGULAR | | 78.92 | 1569.87 |
| OVERTIME | | .97 | 28.94 |
| 401K | | | 39.97- |
| PRETAX HEALTH | | | 96.14- |
| TOTAL HOURS WORKED | | 79.89 | |
| TOTAL CURRENT HOURS/EARNINGS | | 79.89 | 1462.70 |
| YEAR-TO-DATE EARNINGS | | | |
| REGULAR | | 1104.17 | 21941.11 |
| PTO | | 168.42 | 3336.07 |
| OVERTIME | | 21.69 | 647.16 |
| HOLIDAY | | 80.00 | 1582.08 |
| BONUS | | | 1207.50 |
| 401K | | | 717.87- |
| PRETAX HEALTH | | | 1582.93- |
| TOTAL YEAR-TO-DATE HOURS/EARNINGS | | 1374.28 | 26413.12 |

### TAXES AND DEDUCTIONS

| DESCRIPTION | CUR AMT | YTD AMT |
|---|---|---|
| SO SEC TAX | 93.16 | 1682.12 |
| MEDICARE TAX | 21.79 | 393.40 |
| FED INC TAX | 150.52 | 2781.92 |
| PRI-STATE TAX | 46.13 | 832.93 |
| SDI/UC TAX | .96 | 17.23 |
| PRI-LOCAL TAX | 61.89 | 1113.74 |
| TOTAL TAXES | 374.45 | 6821.34 |
| **AFTER-TAX DEDUCTIONS** | | |
| LOAN REPAYMNT | 55.02 | |
| TOTAL DEDS | 55.02 | |

### SPECIAL INFORMATION

| DESCRIPTION | AMOUNT |
|---|---|
| PTO BALANCE | 86.15 |
| FUTA | 96.14 |
| STATE ADJ | 96.14- |
| TO-DATE 401K | 717.87- |
| TO-DATE PRETAX HEALTH | 1582.93- |
| TO-DATE LOAN REPAYMNT | 935.34 |
| MDLSB | |
| **CURRENT NET PAY DISTRIBUTION** | |
| C 70005597239930 | 300.00 |
| C 45195751 | 733.23 |
| CHECK AMOUNT | .00 |
| TOTAL CUR NET PAY | 1033.23 |

| | GROSS | EARNS FRM DED | TAXABLE WAGES | LESS TAXES | LESS DED | EQ NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 1598.81 | 136.11- | 1462.70 | 374.45 | 55.02 | 1033.23 |
| YTD | 28713.92 | 2300.80- | 26413.12 | 6821.34 | 935.34 | 18656.44 |

Statement Of Earnings    Detach at perforation below and keep for your records.    A Payroll Service By Ceridian

---

**Delaware Valley Community Health, Inc.**
DELAWARE VALLEY COMMUNITY HLTH
1412 FAIRMOUNT AVENUE
PHILADELPHIA, PA 19130

NC4

DATE: 08-16-19       CHECK NO: A072124

YOUR ENTIRE NET PAY HAS BEEN DEPOSITED IN YOUR BANK ACCOUNT(S). PLEASE REVIEW
THE "CURRENT NET PAY DISTRIBUTION" SECTION OF YOUR STATEMENT OF EARNINGS FOR DETAILS.

DIAZ, FELISHA
5019 21 DUFFIELD STREET
PHILADELPHIA, PA 19124

**NOT NEGOTIABLE**

THE BACK OF THIS CHECK CONTAINS A SECURITY MARK - DO NOT ACCEPT WITHOUT HOLDING AT AN ANGLE TO VERIFY SECURITY MARK

**Delaware Valley Community Health, Inc.**

DELAWARE VALLEY COMMUNITY HLTH
1412 FAIRMOUNT AVENUE
PHILADELPHIA, PA 19130

| CHECK NO: | A071839 |
|---|---|
| PAGE NUMBER: | 1 OF 1 |
| CHECK DATE: | 08/02/19 |
| PERIOD BEG/END: | 07/15/19-07/28/19 |
| PAY FREQUENCY: | BIWEEKLY |

AZ, FELISHA
19 21 DUFFIELD STREE
ILADELPHIA,PA 19124

ID NUMBER: 1517190415
BASE RATE: 19.8919

| | STATUS | EXEMPT | TAX ADJUSTMENTS | | STATE AND LOCAL CODES | |
|---|---|---|---|---|---|---|
| FED: | SINGLE | 00 | FED: | ST1: | PRI: PA LOC1:PH | LOC3: |
| ST1: | | 00 | DI/UC: | | SEC: LOC2: | LOC4: |
| ST2: | | | LOCAL: | | | LOC5: |

**IMPORTANT MESSAGE**

### HOURS AND EARNINGS

| SCRIPTION | RATE | HOURS | EARNINGS |
|---|---|---|---|
| RRENT EARNINGS | | | |
| GULAR | | 70.83 | 1408.94 |
| O | | 8.00 | 159.14 |
| ERTIME | | .68 | 20.29 |
| 1K | | | 39.71- |
| ETAX HEALTH | | | 96.14- |
| TAL HOURS WORKED | | 71.51 | |
| TAL CURRENT HOURS/EARNINGS | | 79.51 | 1452.52 |
| AR-TO-DATE EARNINGS | | | |
| GULAR | | 1025.25 | 20371.24 |
| O | | 168.42 | 3336.07 |
| ERTIME | | 20.72 | 618.22 |
| LIDAY | | 80.00 | 1582.08 |
| NUS | | | 1207.50 |
| 1K | | | 677.90- |
| ETAX HEALTH | | | 1486.79- |
| TAL YEAR-TO-DATE HOURS/EARNINGS | | 1294.39 | 24950.42 |

### TAXES AND DEDUCTIONS

| DESCRIPTION | CUR AMT | YTD AMT |
|---|---|---|
| SO SEC TAX | 92.52 | 1588.96 |
| MEDICARE TAX | 21.64 | 371.61 |
| FED INC TAX | 149.30 | 2631.40 |
| PRI-STATE TAX | 45.81 | 786.80 |
| SDI/UC TAX | .95 | 16.27 |
| PRI-LOCAL TAX | 61.49 | 1051.85 |
| TOTAL TAXES | 371.71 | 6446.89 |
| **AFTER-TAX DEDUCTIONS** | | |
| LOAN REPAYMNT | 55.02 | |
| TOTAL DEDS | 55.02 | |

### SPECIAL INFORMATION

| DESCRIPTION | AMOUNT |
|---|---|
| FTO BALANCE | 76.91 |
| FUTA | 96.14 |
| STATE ADJ | 96.14- |
| TO-DATE 401K | 677.90- |
| TO-DATE PRETAX HEALTH | 1486.79- |
| TO-DATE LOAN REPAYMNT | 880.32 |
| MDLSB | |
| **CURRENT NET PAY DISTRIBUTION** | |
| C 70005597239930 | 300.00 |
| C 45195751 | 725.79 |
| CHECK AMOUNT | .00 |
| TOTAL CUR NET PAY | 1025.79 |

| | GROSS | EARNS FRM DED | TAXABLE WAGES | LESS TAXES | LESS DED | EQ NET PAY |
|---|---|---|---|---|---|---|
| RRENT | 1588.37 | 135.85- | 1452.52 | 371.71 | 55.02 | 1025.79 |
| D | 27115.11 | 2164.69- | 24950.42 | 6446.89 | 880.32 | 17623.21 |

Statement Of Earnings    Detach at perforation below and keep for your records.    A Payroll Service By Ceridian

---

**Delaware Valley Community Health, Inc.**

DELAWARE VALLEY COMMUNITY HLTH
1412 FAIRMOUNT AVENUE
PHILADELPHIA, PA 19130

NC4

DATE: 08-02-19        CHECK NO: A071839

R ENTIRE NET PAY HAS BEEN DEPOSITED IN YOUR BANK ACCOUNT(S). PLEASE REVIEW
"CURRENT NET PAY DISTRIBUTION" SECTION OF YOUR STATEMENT OF EARNINGS FOR DETAILS.

DIAZ, FELISHA                                                    NOT NEGOTIABLE
5019 21 DUFFIELD STREET
PHILADELPHIA,PA 19124

THE BACK OF THIS CHECK CONTAINS A SECURITY MARK. DO NOT ACCEPT WITHOUT HOLDING AT AN ANGLE TO VERIFY SECURITY MARKS

**Delaware Valley Community Health, Inc.**

DELAWARE VALLEY COMMUNITY HLTH
1412 FAIRMOUNT AVENUE
PHILADELPHIA, PA 19130

CHECK NO: A071553
PAGE NUMBER: 1 OF 1
CHECK DATE: 07/19/19
PERIOD BEG/END: 07/01/19-07/14/19
PAY FREQUENCY: BIWEEKLY

AZ, FELISHA
19 21 DUFFIELD STREE
HILADELPHIA, PA 19124

ID NUMBER: 1517190415
BASE RATE: 19.8919

STATUS
FED: SINGLE
ST1:
ST2:

EXEMPT
00
00

TAX ADJUSTMENTS
FED:
DI/UC:
LOCAL:

ST1:

STATE AND LOCAL CODES
PRI: PA  LOC1: PH  LOC3:
SEC:     LOC2:     LOC4:
                   LOC5:

**IMPORTANT MESSAGE**

### HOURS AND EARNINGS

| SCRIPTION | RATE | HOURS | EARNINGS |
|---|---|---|---|
| RRENT EARNINGS | | | |
| GULAR | | 56.00 | 1113.94 |
| O | | 8.00 | 159.14 |
| ERTIME | | .27 | 8.06 |
| LIDAY | | 16.00 | 318.27 |
| 1K | | | 39.99- |
| ETAX HEALTH | | | 96.14- |
| TAL HOURS WORKED | | 72.27 | |
| TAL CURRENT HOURS/EARNINGS | | 80.27 | 1463.28 |
| AR-TO-DATE EARNINGS | | | |
| GULAR | | 954.42 | 18962.30 |
| O | | 160.42 | 3176.93 |
| ERTIME | | 20.04 | 397.93 |
| LIDAY | | 80.00 | 1582.08 |
| NUS | | | 1207.50 |
| 1K | | | 638.19- |
| ETAX HEALTH | | | 1390.65- |
| TAL YEAR-TO-DATE HOURS/EARNINGS | | 1214.88 | 23497.90 |

### TAXES AND DEDUCTIONS

| DESCRIPTION | CUR AMT | YTD AMT |
|---|---|---|
| SO SEC TAX | 93.21 | 1496.44 |
| MEDICARE TAX | 21.79 | 349.97 |
| FED INC TAX | 150.59 | 2482.10 |
| PRI-STATE TAX | 46.15 | 740.99 |
| SDI/UC TAX | .96 | 15.32 |
| PRI-LOCAL TAX | 61.92 | 990.36 |
| TOTAL TAXES | 374.62 | 6075.18 |
| **AFTER-TAX DEDUCTIONS** | | |
| LOAN REPAYMNT | 55.02 | |
| TOTAL DEDS | 55.02 | |

### SPECIAL INFORMATION

| DESCRIPTION | AMOUNT |
|---|---|
| FTO BALANCE | 75.67 |
| FUTA | 96.14 |
| STATE ADJ | 96.14- |
| TO-DATE 401K | 638.19- |
| TO-DATE PRETAX HEALTH | 1390.65- |
| TO-DATE LOAN REPAYMNT | 825.30 |
| MDLSB | |
| **CURRENT NET PAY DISTRIBUTION** | |
| C 70005597239930 | 300.00 |
| C 45195751 | 733.64 |
| CHECK AMOUNT | .00 |
| TOTAL CUR NET PAY | 1033.64 |

| | GROSS | EARNS FRM DED | TAXABLE WAGES | LESS TAXES | LESS DED | EQ NET PAY |
|---|---|---|---|---|---|---|
| RRENT | 1599.41 | 136.13- | 1463.28 | 374.62 | 55.02 | 1033.64 |
| TD | 25526.74 | 2028.84- | 23497.90 | 6075.18 | 825.30 | 16597.42 |

Statement Of Earnings    Detach at perforation below and keep for your records.    A Payroll Service By Ceridian

---

**Delaware Valley Community Health, Inc.**

DELAWARE VALLEY COMMUNITY HLTH
1412 FAIRMOUNT AVENUE
PHILADELPHIA, PA 19130

NC4

DATE: 07-19-19          CHECK NO: A071553

JR ENTIRE NET PAY HAS BEEN DEPOSITED IN YOUR BANK ACCOUNT(S). PLEASE REVIEW
: "CURRENT NET PAY DISTRIBUTION" SECTION OF YOUR STATEMENT OF EARNINGS FOR DETAILS.

DIAZ, FELISHA                                             NOT NEGOTIABLE
5019 21 DUFFIELD STREET
PHILADELPHIA, PA 19124

THE BACK OF THIS CHECK CONTAINS A SECURITY MARK - DO NOT ACCEPT WITHOUT HOLDING AT AN ANGLE TO VERIFY SECURITY MARK

**Delaware Valley Community Health, Inc.**

DELAWARE VALLEY COMMUNITY HLTH
1412 FAIRMOUNT AVENUE
PHILADELPHIA, PA 19130

CHECK NO: A074680
PAGE NUMBER: 1 OF 1
CHECK DATE: 12/20/19
PERIOD BEG/END: 12/02/19-12/15/19
PAY FREQUENCY: BIWEEKLY

Z, FELISHA
19 21 DUFFIELD STREE
LADELPHIA, PA 19124

ID NUMBER: 1517190415
BASE RATE: 19.8919

STATUS FED: SINGLE
ST1:
ST2:

EXEMPT: 00
00

TAX ADJUSTMENTS
FED:
DI/UC:
LOCAL:

ST1:

STATE AND LOCAL CODES
PRI: PA   LOC1: PH   LOC3:
SEC:         LOC2:        LOC4:
                                    LOC5:

## IMPORTANT MESSAGE

### HOURS AND EARNINGS

| DESCRIPTION | RATE | HOURS | EARNINGS |
|---|---|---|---|
| CURRENT EARNINGS | | | |
| REGULAR | 73.27 | | 1457.48 |
|  | 8.00 | | 159.14 |
| OVERTIME | 3.75 | | 111.89 |
| 401K | | | 43.21- |
| PRETAX HEALTH | | | 96.14- |
| TOTAL HOURS WORKED | | 77.02 | |
| TOTAL CURRENT HOURS/EARNINGS | | 85.02 | 1589.16 |
| YEAR-TO-DATE EARNINGS | | | |
| REGULAR | | 1746.78 | 34723.84 |
|  | | 233.75 | 4635.62 |
| OVERTIME | | 49.54 | 1478.14 |
| HOLIDAY | | 104.00 | 2059.48 |
| BONUS | | | 1207.50 |
| 401K | | | 1102.64- |
| PRETAX HEALTH | | | 2448.19- |
| TOTAL YEAR-TO-DATE HOURS/EARNINGS | | 2134.07 | 40553.75 |

### TAXES AND DEDUCTIONS

| DESCRIPTION | CUR AMT | YTD AMT |
|---|---|---|
| SO SEC TAX | 101.21 | 2582.70 |
| MEDICARE TAX | 23.67 | 604.02 |
| FED INC TAX | 165.70 | 4272.83 |
| PRI-STATE TAX | 50.11 | 1278.85 |
| SDI/UC TAX | 1.03 | 26.46 |
| PRI-LOCAL TAX | 66.91 | 1709.53 |
| TOTAL TAXES | 408.63 | 10474.39 |
| **AFTER-TAX DEDUCTIONS** | | |
| LOAN REPAYMNT | 55.02 | |
| TOTAL DEDS | 55.02 | |

### SPECIAL INFORMATION

| DESCRIPTION | AMOUNT |
|---|---|
| FTO BALANCE | 103.98 |
| FUTA | 96.14 |
| STATE ADJ | 96.14- |
| TO-DATE 401K | 1102.64- |
| TO-DATE PRETAX HEALTH | 2448.19- |
| TO-DATE LOAN REPAYMNT | 1430.52 |
| MDLSB | |
| **CURRENT NET PAY DISTRIBUTION** | |
| C 70005597239930 | 300.00 |
| C 45195751 | 825.51 |
| CHECK AMOUNT | .00 |
| TOTAL CUR NET PAY | 1125.51 |

| | GROSS | EARNS FRM DED | TAXABLE WAGES | LESS TAXES | LESS DED | EQ NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 1728.51 | 139.35- | 1589.16 | 408.63 | 55.02 | 1125.51 |
| YTD | 44104.58 | 3550.83- | 40553.75 | 10474.39 | 1430.52 | 28648.84 |

Statement Of Earnings    Detach at perforation below and keep for your records.    A Payroll Service By Ceridian

---

**Delaware Valley Community Health, Inc.**

DELAWARE VALLEY COMMUNITY HLTH
1412 FAIRMOUNT AVENUE
PHILADELPHIA, PA 19130

NC4

DATE: 12-20-19        CHECK NO: A074680

R ENTIRE NET PAY HAS BEEN DEPOSITED IN YOUR BANK ACCOUNT(S). PLEASE REVIEW
"CURRENT NET PAY DISTRIBUTION" SECTION OF YOUR STATEMENT OF EARNINGS FOR DETAILS.

NOT NEGOTIABLE

DIAZ, FELISHA
5019 21 DUFFIELD STREET
PHILADELPHIA, PA 19124