UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>　　Felisha Diaz<br><br>　　　　　Debtor | Chapter 13<br>Bankruptcy No.20-10309-JKF |

CERTIFICATE OF SERVICE

I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing

*Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the

above-referenced case has been served this 12th day of May, 2020, by first class mail upon those

listed below:

Felisha Diaz
5019-21 Duffield Street
Philadelphia, PA  19124

**Electronically via CM/ECF System Only:**

DAVID M OFFEN ESQ
THE CURTIS CENTER STE 160W
601 WALNUT STREET
PHILADELPHIA, PA  19106

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Deborah A. Earnshaw*
　　　　　　　　　　　　　　　　　　　　　　　Deborah A. Earnshaw
　　　　　　　　　　　　　　　　　　　　　　　for
　　　　　　　　　　　　　　　　　　　　　　　Scott F. Waterman, Esquire
　　　　　　　　　　　　　　　　　　　　　　　Standing Chapter 13 Trustee