# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Felisha Diaz <br>       Debtor(s) <br><br> M&T Bank, its successors and/or assigns <br>       Movant <br>   vs. <br><br> Felisha Diaz <br>       Debtor(s) <br><br> Scott F. Waterman <br>       Trustee | CHAPTER 13 <br><br><br><br> NO. 20-10309 JKF |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of M&T Bank, which was filed with the Court on or about **March 25, 2020, docket number 14**.

            Respectfully submitted,

          By: **/s/ Rebecca A. Solarz, Esquire**
            Rebecca A. Solarz, Esquire
            KML Law Group, P.C.
            BNY Mellon Independence Center
            701 Market Street, Suite 5000
            Philadelphia, PA  19106
            215-627-1322
            Attorney for Movant/Applicant

May 20, 2020