IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Felisha Diaz | : | No. 20-10309-JKF |
| Debtor | : | |

ANSWER TO MOTION OF M&T BANK
FOR RELIEF FROM THE AUTOMATIC STAY

1. Admitted.

2. Admitted

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted payments were missed. The debtor's employment was furloughed by COVID-19. The debtor is able to make the June 2020 payment and asks for the chance to catch up.

7. Debtor wishes to avoid the same.

8. Debtor is unsure of the same. She can make one payment for June 2020 and asks for the chance to catch up.

9. Denied.

10. No response required.

/s/ David M. Offen
David M. Offen
Attorney for Debtor(s)

Dated: 6/5/20

CERTIFICATE OF SERVICE

The following has been served by electronic mail:

Rebecca Solarz  on behalf of M&T Bank
bkgroup@kmllawgroup.com

/s/ David M. Offen
David M. Offen
Dated: 6/5/20    Attorney for Debtor