**IN THE UNITED STATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re:  **Felisha Diaz** | ) | Chapter 13 |
| **Debtor** | ) | |
| | ) | No. 20-10309-AMC |
| | ) | |
| | ) | |

## CERTIFICATION OF NO RESPONSE

    I hereby certify that I have received no answer, objection, or other responsive pleading to the Application for Compensation and respectfully request that the Order attached to the Motion be approved.

                                                /s/David M. Offen
                                                David M. Offen
                                                Attorney for Debtor(s)

**Date:7/22/20**