| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
### Chapter 13 Case No. 20-10309-AMC

Felisha Diaz
5019-21 Duffield Street
Philadelphia  PA    19124

Petition Filed Date: 01/16/2020
341 Hearing Date: 02/21/2020
Confirmation Date: 07/15/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/07/2020 | $600.00 | | 07/02/2020 | $12.99 | | | | |

**Total Receipts for the Period: $612.99    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $612.99**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Felisha Diaz | Debtor Refunds | $0.00 | $0.00 | $0.00 |
| 1 | US DEPT OF HUD »» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | PHILADELPHIA GAS WORKS »» 02S | Secured Creditors | $951.69 | $0.00 | $951.69 |
| 3 | PHILADELPHIA GAS WORKS »» 02U | Unsecured Creditors | $2,326.63 | $0.00 | $2,326.63 |
| 4 | LVNV FUNDING LLC »» 003 | Unsecured Creditors | $387.14 | $0.00 | $387.14 |
| 5 | LVNV FUNDING LLC »» 004 | Unsecured Creditors | $427.73 | $0.00 | $427.73 |
| 6 | M&T BANK »» 05A | Mortgage Arrears | $17,821.33 | $0.00 | $17,821.33 |
| 7 | M&T BANK »» 05B | Mortgage Arrears | $3,672.24 | $0.00 | $3,672.24 |
| 8 | CITY OF PHILADELPHIA (LD) »» 006 | Secured Creditors | $509.02 | $0.00 | $509.02 |
| 0 | DAVID M OFFEN ESQUIRE | Attorney Fees | $4,244.00 | $0.00 | $4,244.00 |

**Chapter 13 Case No. 20-10309-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $612.99 | Current Monthly Payment: | $540.00 |
| Paid to Claims: | $0.00 | Arrearages: | $527.01 |
| Paid to Trustee: | $61.30 | Total Plan Base: | $30,300.00 |
| Funds on Hand: | $551.69 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.